IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SCOTT FRANCIS RICHARDSON,** Defendant. | CR 23-40-BLG-SPW-3 **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 147). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on August 29, 2023. (Doc. 104).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 139, 139-1).

1

4.       It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture (Doc. 147) is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- 2014 Maroon Toyota 4Runner VIN JTEBU5JR4E5202935;
- Smith and Wesson, 9mm handgun, Serial #: Obliterated;
- $2,093 in U.S. Currency;
- Glock 19 GEN 5, semiautomatic handgun, Serial #:BFLS229;
- Sports King, .22 semiautomatic handgun, Serial #: G15744;
- Assorted rounds of ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of November, 2023.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge